1:30-1:45 pm

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar
Honorable Dominic J. Squatrito, U.S.D.J.
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

May ~~20~~ 18, 2004
~~11:00 am~~
1:30 pm

CASE NO. 3-03-cv-172(DJS)    Abbey v Rowland, et al

Margaret Quilter Chapple
Edward F. Osswalt
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK