UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOAN R. ABBEY,<br>WILLIAM ANDERSON-KRENGEL,<br>NADINE AVELLANI, STEPHEN BATES,<br>MELISSA BICKFORD-OAKLEY, ALEC<br>BLAKEY, ANN MARIE BRAULT-<br>McCANN, MARY LYNN CINCOTTA,<br>LINDA CORDOVA, SENORA<br>CREIGHTON-SMITH, PAUL CUMMINGS,<br>RONALD ELLIS, CHERYL FOUST,<br>JANIS GAUVIN, BETSY GERICH,<br>PAMELA A. GUARINO, ROSEMARY<br>HARRISON, GLENN E. HART,<br>KRISTINE HASWELL,<br>ELAINE HENLEY, LISA HODDY,<br>JOHN T. KOSTACOPOULOS,<br>BERNICE M. LORD, SALLY LUCIANO,<br>DEBORAH MARQUES, ISAIAS MEDINA,<br>ELAINE OVERTON, YVETTE JOHNSON<br>PARKER, GABRIELE PAUL, CECELAI<br>RIVERA, SUSAN G. SMITH,<br>JADWIGA STRZELECKI, AUDREY<br>TYSON and ROSA WOOLCOCK,<br>    Individually and as representatives of all Psychiatric Social Workers and all Psychiatric Social Workers Assistants employed by the Connecticut Department of Mental Health and Addiction Services<br><br>VS.<br><br>JOHN G. ROWLAND,<br>THOMAS A. KIRK, JR. and<br>STATE OF CONNECTICUT | CASE NO. 3:03CV172(DJS) |

## JUDGMENT

This action having come on for consideration of the defendant's motion to dismiss before the Honorable Dominic J. Squatrito, United States District Judge, and

The Honorable Dominic J. Squatrito having considered the motion and the full record of the case including the applicable principles of law, and having filed a memorandum of decision granting defendants motion to dismiss.  The Court concludes the State of Connecticut is entitled to sovereign immunity and therefore is dismissed as a party to this action.  The claims against Governor Rowland and Commissioner Kirk are barred by the doctrine of legislative immunity and are dismissed.  The claims for prospective injunctive relief are not within the scope of the <u>Ex Parte Young</u> exception to sovereign immunity and are therefore barred by the Eleventh Amendment.  Accordingly, the motion to dismiss **[doc.#54]** is **GRANTED.**  All counts of the complaint are dismissed.  Judgment shall enter in favor of the defendants, it is hereby

    ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

    Dated at Hartford, Connecticut, this 17th day of February 2005.

                                            KEVIN F. ROWE, Clerk

                                By _____
                                      Terri Glynn
                                      Deputy Clerk